UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>TERRELL D. HALL,<br><br>         Defendant. | Case No. 15-CR-86-JPS<br><br><br><br><br><br>ORDER |

    On May 5, 2015, the defendant, Terrell D. Hall, was charged in a three-count Indictment. Count One charged him with violating 18 U.S.C. §§ 922(g)(1) and 924(a)(2); Count Two charged him with violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and Count Three charged him with violating 18 U.S.C. § 924(c)(1)(A)(i). (Docket #1). On February 4, 2016, the parties filed a plea agreement, by which Mr. Hall agreed to enter into a plea of guilty as to all three counts of the Indictment. (Docket #26).

    The United States of America and Mr. Hall, having both consented, appeared before Magistrate Judge Nancy Joseph on February 5, 2016, for a plea hearing pursuant to Federal Rule of Criminal Procedure 11. (*See, e.g.*, Docket #28). At that hearing, Mr. Hall entered a plea of guilty as to all three counts of the Indictment. (*See id.*) After cautioning and examining Mr. Hall under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were each supported by an independent factual basis containing each of the essential elements of the offenses. (*Id.*)

    Thereafter, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Mr. Hall's plea of guilty be accepted; (2) that a presentence investigation and report be prepared; and (3)

that Mr. Hall be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #28).

To date, no party has filed such an objection.

The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge Joseph's report and recommendation (Docket #28) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 6th day of April, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge